Dismissed and Memorandum Opinion filed February 14, 2008








Dismissed
and Memorandum Opinion filed February 14, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-01034-CV

____________

 

ROBERT VINCENT CONNORS d/b/a RVC
SERVICES, Appellant

 

V.

 

R SQUARED DESIGN CONSTRUCTION L.L.C., Appellee

 



 

On Appeal from the
295th District Court

Harris County,
Texas

Trial Court Cause
No. 2007-53965

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed November 9, 2007.  On February 6, 2008,
appellant filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
February 14, 2008.

Panel consists of Justices Yates, Guzman, and Brown.